## JAMGOCHIAN v. CHANKALIAN.

(Supreme Court, Appellate Term.　March 13, 1911.)

COURTS (§ 189*)—MUNICIPAL COURTS—NEW TRIAL.
　　Under Municipal Court Act (Laws 1902, c. 580) § 230, as amended by
　Laws 1910, c. 401, providing that decisions on motions shall be rendered
　within 14 days after they are submitted, unless further time is given by
　consent, where a motion for new trial was submitted July 19, 1910, and
　the motion was granted October 11, 1910, and the record shows no ex-
　tension of time, the justice lost jurisdiction, and the order is void.
　　[Ed. Note.—For other cases, see Courts, Dec. Dig. § 189.*]

　Appeal from Municipal Court, Borough of Manhattan, Fourth Dis-
trict.

　Action by Jack Jamgochian against Peter Chankalian.　There was a
judgment for defendant, and plaintiff moved for a new trial.　The
motion was granted, and defendant appeals.　Reversed.

　Argued before SEABURY, PAGE, and BIJUR, JJ.

　Samuel L. Weyl, for appellant.
　Charles L. Cole, for respondent.

　PAGE, J.　The motion was submitted July 19, 1910.　The decision
was not handed down till October 11, 1910.　Under the provisions of
section 230, Municipal Court Act (Laws 1902, c. 580), as amended
to take effect September 1, 1910 (Laws 1910, c. 401), the justice had
but 14 days from the latter date in which to render a decision unless
an extension of time as therein provided was given.　The record con-
tains no such extension.　The provisions of section 230 as amended
are applicable to this motion (Lazarus v. M. E. R. R. Co., 145 N. Y.
581, 40 N. E. 240), and the justice, having failed to act within the
required time, lost jurisdiction (Van Valis v. Charcona, 40 Misc. Rep.
226, 81 N. Y. Supp. 630).　The order appealed from is therefore void.
An examination of the record also discloses that upon the merits the
application should not have been granted.

　The order appealed from is reversed, and the judgment reinstated,
with costs to appellant.　All concur.